IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANNY M. SKINNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 92-147-SLR |
| | ) |
| E. I. DUPONT DE NEMOURS | ) |
| & COMPANY INCORPORATED, | ) |
| | ) |
| Defendant. | ) |

**RETURN OF EXHIBITS**

The Clerk of Court hereby returns plaintiff Danny M. Skinner's exhibits[1] from the bench trial held in September 2000 to counsel or his representative.

**Receipt of the exhibits is acknowledged by:**

_____
For John Stull, Esq.

Date: September 21, 2007

Returned by: _____, Deputy Clerk

---

[1] Exhibits include a binder with exhibits tabbed from 2-51 and depositions tabbed from 1-7, along with joint exhibits numbered 52, 53 and PTX A.